IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAMON CASTRO,

      Appellant,

v.

CITY OF FORT PIERCE AND
FLORIDA LEAGUE OF
CITIES/WORKERS'
COMPENSATION CLAIMS
DEPARTMENT,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5789

Opinion filed July 24, 2014.

An appeal from an order of the Judge of Compensation Claims.
Robert D. McAliley, Judge.

Date of Accident: April 16, 2010.

Bill McCabe, Longwood and Gray M. Camfield, Melbourne, for Appellant.

Lamar D. Oxford and Alan D. Kalinoski, Orlando, for Appellee.


PER CURIAM.

      AFFIRMED.

LEWIS, C.J., BENTON, and RAY, JJ., CONCUR.